COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Chad Davidson and Missy Davidson v. Ovation Builders, Inc., and
Red Shed

Appellate case number:   01-12-00080-CV

Trial court case number: 23404

Trial court:             12th District Court of Walker County

The appellate record was first due in the above-referenced appeal on December 30, 2011. The clerk's record has been filed. The reporter's record has not been filed. Court reporter Jacqueline Mills has notified the Court that the record in this case was taken by Karen Deshetler.

On July 13, 2012, the Court notified court reporter Karen Deshetler that the record had not been received for filing and directed that the record be filed no later than August 2, 2012. *See* TEX. R. APP. P. 35.1, 37.3(a)(1). The Court directed the reporter to notify the Court by that date if the proceedings were not recorded, if appellant had not requested that the reporter's record be prepared, or if appellant had not paid, or made arrangements to pay, the reporter's fee for preparing the record. *See* TEX. R. APP. P. 35.3(b). The reporter did not respond.

It is **ORDERED** that court reporter Karen Deshetler file in this Court **no later than February 25, 2013** either (1) the reporter's record, with all requested exhibits, or (2) a written statement that the proceedings were not recorded, that appellant has not requested a reporter's record, or that appellant has not paid, or made arrangements to pay, the reporter's fee for preparing the record. **No motions for extension of time will be entertained absent extraordinary circumstances. If Karen Deshetler does not timely file the record or response, as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.**

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                  ☑ Acting individually     ☐ Acting for the Court


Date: February 14, 2013